# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEFING ORDER

December 21, 2022

*By the Court:*

| No. 22-2830 | NORBERTO TORRES,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>KENT BROOKMAN, and JASON HART,<br>　　　　　Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:19-cv-00248-SPM<br>Southern District of Illinois<br>District Judge Stephen P. McGlynn ||

This court has received notice from the district court that the appellant paid the required docketing fee. Accordingly,

**IT IS ORDERED** that briefing will now proceed as follows:

1. The Appellant's brief of Norberto Torres will be due by January 20, 2023.
2. The Appellee's brief of Kent Brookman and Jason Hart will be due by February 21, 2023.
3. The Appellant's reply brief of Norberto Torres, if any, will be due by March 13, 2023.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_DC_paymnt_br_order**     (form ID: **191**)