# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 26, 2026

To:  Monica A. Stump
     UNITED STATES DISTRICT COURT
     Southern District of Illinois
     East St. Louis, IL 62201-0000

|  |  |
|---|---|
| No. 22-2830 | NORBERTO TORRES,<br>        Plaintiff - Appellant<br><br>v.<br><br>KENT BROOKMAN, and JASON HART,<br>        Defendants - Appellees |

**Originating Case Information:**

District Court No: 3:19-cv-00248-SPM
Southern District of Illinois
District Judge Stephen P. McGlynn

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**     (form ID: **135**)